

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
MAR 1 4 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-285-JFH-22 |
| Plaintiff, | **INFORMATION** |
| v. | [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession of Methamphetamine with Intent to Distribute] |
| JEFFREY SCOTT STRATHE, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about August 12, 2020, in the Northern District of Oklahoma, the defendant, **JEFFREY SCOTT STRATHE**, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

CLINTON J. JOHNSON
United States Attorney

ERIC O. JOHNSTON, OBA #17655
Assistant United States Attorney