# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, Plaintiff, vs. Jeffrey Scott Strathe, Defendant(s). | Case No.: | 20-cr-285-JFH-22 |
| | Date: | 3/17/2022 |
| | Court Time: | 1:34 p.m. to 1:53 p.m. |

**MINUTE SHEET - CHANGE OF PLEA**

Beth M. Deere, U.S. Magistrate Judge    K. Perkins, Deputy Clerk    FTR CR5

Counsel for Plaintiff: Eric Johnston
Counsel for Defendant: Shannon McMurray, Appt.
Probation Officer: not present
Age of Defendant: 54    Interpreter: _____ ☐ sworn

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;    Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Information
   ☒ Verified in open court as the true and correct legal name

☒ Defendant acknowledges receipt of Information

Defendant waives:  ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☒ 30 Days Preparation;  ☐ Separate Representation
   ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and  ☒ Information    Information: ☐ Read  ☒ Reading waived in Petition

☒ Defendant relates facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s) 1
   of the Information and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s) 1
   of the Information

☒ Petition approved in open court    ☒ Plea Agreement approved in open Court    ☒ PSI ordered

☒ Remaining Count(s) to be dismissed at sentencing: Indictment

☒ Defendant allowed to stand on present bond;  ☒ Government stipulates, findings made

**Additional Minutes:**