UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No.: 20-cr-285-JFH-22 |
| vs. | **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR A CHANGE OF PLEA IN A FELONY CASE** |
| Jeffrey Scott Strathe, | |
| Defendant(s). | |

A United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged, including the maximum possible penalties which might be imposed if I am found guilty. A Magistrate Judge has also informed me of my right to the assistance of legal counsel. A Magistrate Judge has further informed me of my right to trial, judgment, and sentencing before a United States District Judge.

**I hereby waive (give up) my right to trial before a United States District Judge, and consent to a change of plea before a United States Magistrate Judge. I understand that I will be sentenced by a United States District Judge.**

Date: 3/17/2022

_____
Jeffrey Scott Strathe, Defendant

_____
Attorney for Defendant

_____
Beth M. Deere, U.S. Magistrate Judge

Change Plea Magistrate Judge                                    (8/2021)